

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| EX PARTE: | § | No. 08-23-00150-CR |
|---|---|---|
| JOSEPH RODRIGUEZ | § | Appeal from the |
| | § | County Court at Law Number Seven |
| | § | of El Paso County, Texas |
| | § | (TC#20190C0586) |

## J U D G M E N T

The Court has considered this cause on Appellant's voluntary motion to dismiss the appeal and concludes the motion should be granted and the appeal should be dismissed. We therefore dismiss the appeal.

IT IS SO ORDERED THIS 1ST DAY OF SEPTEMBER, 2023.

GINA M. PALAFOX, Justice

Before Rodriguez, C.J., Palafox, and Soto, JJ.